AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:23-mj-00049 |
| Ronald Andrulonis | ) Assigned To : Harvey, G. Michael |
| DOB: XXXXXX | ) Assign. Date : 2/28/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 6, 2021 in the county of _____ in the _____ in the District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1752(a)(1) | - Entering or Remaining in an Restricted Building or Grounds., |
| 18 U.S.C. § 1752(a)(2) | - Disorderly or disruptive conduct in, a restricted building or grounds, |
| 40 U.S.C. § 5104(e)(2)(D) | - Disorderly conduct in a capitol building, |
| 40 U.S.C. § 5104(e)(2)(G) | -parade, demonstrate, or picket in any of the Capitol Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*T. McC*
Complainant's signature

Thomas McCormick, Detective
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 02/28/2023

Judge's signature

City and state: Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
Printed name and title